IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| ABBAS BEN AFSHARI, | ) | |
| --- | --- | --- |
| | ) | |
| | ) | Case No. 4:04-cv-271-BLW |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COBRA MANUFACTURING COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Clerk is directed to transfer the sum of $780.69 to the Unclaimed Funds Account.

DATED: **January 2, 2019**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order -- page 1**